# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2504

_____

Andre K. Randall,                             *
                                              *
            Appellant,                        *
                                              *  Appeal from the United States
      v.                                      *  District Court for the
                                              *  District of Minnesota.
Whitney I. LeBlanc, Warden, FMC               *
Rochester; Jack Fox, Executive                *       [UNPUBLISHED]
Assistant, FMC Rochester; Jane Doe,           *
("Warden's Secretary"), Secretary FMC         *
Rochester; John Doe, ("Mr. Alcoser"),         *
Chaplin, FMC Rochester; John Doe,             *
("The Captain"), Captain, FMC                 *
Rochester; John Doe, ("Mr. Parr"),            *
Lieutenant, FMC Rochester; Stu                *
Solmonson, Case Manager, FMC                  *
Rochester; Randy Preston, Staff, FMC          *
Rochester; Daryl Kosiak, North Central        *
Regional Counsel, Bureau of Prisons;          *
and their successors, officers, servants,     *
attorneys, agents, employers and those        *
persons in active concert or                  *
participation with them,                       *
                                              *
            Appellees.                         *

_____

Submitted: November 1, 2005
Filed: November 4, 2005

_____

Before BYE, McMILLIAN, and RILEY, Circuit Judges.

———————

PER CURIAM.

Federal inmate Andre Randall (Randall) appeals the district court's[1] dismissal of his petition for a writ of mandamus. Randall's request for punitive damages fails because the defendant federal prison officials–all of whom were sued in their official capacities–are immune from liability for monetary damages in this case. See Hagemeier v. Block, 806 F.2d 197, 202-03 (8th Cir. 1986) (sovereign immunity bars claims against federal officials in their official capacities unless immunity is waived).

As for Randall's request for injunctive relief, we affirm the dismissal on mootness grounds because Randall has been released from federal custody. See 8th Cir. R. 47A(a). We also deny his motion for appointment of counsel.

———————————————

---

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.